==============================================================================

\* \* \* \* \* **UNITED STATES DISTRICT COURT** \* \* \* \* \*

NORTHERN             DISTRICT OF        NEW YORK

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 5:13-cv-190 (GLS/ATB)**

**DANA E. DZWONCZYK f/k/a
Wlodzimierz Dzwonczyk**

v.

**DAVID N. HURD**

|  | |
|---|---|
|  | **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED,** that Magistrate Judge Baxter's March 5, 2013 Order and Report-Recommendation (Dkt. No. 9) is **ADOPTED** in its entirety. That Dzwonczyk's Amended Complaint is **DISMISSED** in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (ii). That Dzwonczyk's motions to place the case into ADR (Dkt. No. 5), for a three-judge court (Dkt. No. 12), to temporarily stay the case (Dkt. No. 13), and for the recusal of Judge Baxter, are **DENIED** as moot. That Dzwonczyk's motions to amend (Dkt. No. 11), and to join additional defendants (Dkt. No. 14), are **DENIED** as futile. That any appeal taken from this matter would not be taken in good faith pursuant to 28 U.S.C. §1915(a)(3), in accordance with the Memorandum-Decision and Order issued by Chief Judge Gary L. Sharpe on May 23, 2013.

May 23, 2013                                         **LAWRENCE K. BAERMAN**
                                                              CLERK OF THE COURT

                                                      BY:     S/
                                                              DEPUTY CLERK
                                                              John Law